*Friday, March 30, 2001*

## MOTION DOCKET

**00–495. State v. Iacona.**
Medina App. No. 2891–M. This cause is pending before the court upon our allowance of discretionary review. On review of the record before the court,

IT IS NOTICED that neither copy of the trial transcript forwarded to this court contains an App.R. 9(B) certification by the official court reporter.

IT IS THEREFORE ORDERED, *sua sponte*, that, within twenty days of this entry, the parties brief the following issue:

"Whether, pursuant to App.R. 9, the trial transcript is part of the record on appeal."

The brief shall not exceed ten numbered pages, exclusive of the table of contents, the table of authorities cited, and the appendix. No responsive brief may be filed.

RESNICK, J., dissents in part because she would permit responsive briefs.

## DISCIPLINARY DOCKET

**99–1162. Cuyahoga Cty. Bar Assn. v. Nigolian.**
On March 16, 2001, relator filed a reply to the response to the show cause order. There are no provisions for filing such a document, and prior leave to file the document was not sought. Therefore,

IT IS ORDERED by the court that the reply to the response to the show cause order be, and hereby is, stricken.

*Monday, April 2, 2001*

## MERIT DOCKET

**01–314. State ex rel. Bristow v. Crawford Cty. Court of Common Pleas.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of respondent's answer and on determination pursuant to S.Ct.Prac.R. X(5),

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

IT IS FURTHER ORDERED by the court, *sua sponte*, that the Clerk of this court shall not accept for filing any new cases from Lonny Lee Bristow without the docket fee and security deposit required by S.Ct.Prac.R. XV.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., not participating.

## MOTION DOCKET

**00–56. Mayer v. Bristow.**
Crawford App. No. 3–98–29. This cause came on for further consideration upon appellee's motion for order to show cause why the Crawford County Court of Common Pleas should not be held in contempt and appellee's motion for issuance of permanent injunction. Upon consideration thereof,

IT IS ORDERED by the court that the motions be, and hereby are, denied.

COOK, J., not participating.